IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:07CR438
                              )
      v.                      )
                              )
LEE O. PARKER,                )        ORDER
                              )
            Defendant.        )
_____)
```

On February 5, 2014, the defendant appeared with counsel on an amended petition for warrant or summons for offender under supervision (Filing No. 89).  Defendant was present and represented by Karen M. Shanahan.  Plaintiff was represented by Susan T. Lehr, Assistant United States Attorney.

The defendant admitted that Allegation No. 1 contained in the petition is true, and the Court found the defendant to be in violation of conditions of his supervised release.  The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked and defendant is sentenced to the Bureau of Prisons for a period of 5 months.  Upon completion of that term, his term of supervised release shall be deemed complete.

2) On motion of the plaintiff, Allegation Nos. 2, 3 and 4 of the amended petition are dismissed.

DATED this 5th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

```
                              _____
                              Signature of Defendant
```

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

```
                              UNITED STATES WARDEN


                              By:_____
```

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

```
                              UNITED STATES WARDEN


                              By: _____
```